Certificate Number: 12433-PAE-DE-033129398

Bankruptcy Case Number: 19-14147



12433-PAE-DE-033129398

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2019, at 10:03 o'clock PM EDT, Emma V. Glova completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 18, 2019               By:    /s/Lance Brechbill

                                   Name:  Lance Brechbill

                                   Title: Teacher