Certificate Number: 12433-PAE-DE-033129398

Bankruptcy Case Number: 19-14147



12433-PAE-DE-033129398

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 18, 2019</u>, at <u>10:03</u> o'clock <u>PM EDT</u>, <u>Emma V. Glova</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 18, 2019</u>         By:    <u>/s/Lance Brechbill</u>

                                Name:  <u>Lance Brechbill</u>

                                Title: <u>Teacher</u>