IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Emma V. Glova | | CHAPTER 7 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 19-14147 AMC |
| Emma V. Glova | Debtor(s) | |
| Gary F. Seitz Esq. | Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Corolla, VIN: 2T1BURHE3GC676184 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 13TH day of August, 2019.

_____
United States Bankruptcy Judge.

cc: See attached service list