United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Emma V Glova  
      Debtor

Case No. 19-14147-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 14, 2019  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.  
db          +Emma V Glova,    160-22 76th Road,    Fresh Meadows, NY 11366-1034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor Emma V Glova dmo160west@gmail.com,
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com
         HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
    hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
    rholber@ecf.axosfs.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                   TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Emma V. Glova | | CHAPTER 7 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 19-14147 AMC |
| Emma V. Glova | Debtor(s) | |
| Gary F. Seitz Esq. | Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Corolla, VIN: 2T1BURHE3GC676184 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 13th day of August, 2019.

_____
United States Bankruptcy Judge.

cc: See attached service list