UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 17, 2019

To:
**David M. Offen, Esq.**
The Curtis Center, 601 Walnut St.
Suite 160 West
Philadelphia PA  19106

        In re:  Emma V. Glova
        Bankruptcy No. **19-14147 amc**
        Adversary No.
        Chapter 7

Re **:  Amended Schedules E/F- $31.00**

The above document(s) were filed in this office on August 19, 2019**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

      ()     Voluntary Petition
      ()     Adversary Proceeding
      (XX)   $31.00 Filing Fee for Amendments - Amended Schedules E/F
      ()     $25.00 Claims Transfer Fee
      ()     Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk


        By: **s/Keith R. Borzillo**
           Deputy Clerk

*Fee Notice*
*(11/26/18)*